# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| FG SRC LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:20-CV-00315-ADA |
| INTEL CORPORATION, | § § | Jury Trial Demanded |
| Defendant. | § § § | |

## JOINT STIPULATION TO TRANSFER VENUE TO AUSTIN DIVISION

WHEREAS, the above-captioned action was filed by Plaintiff FG SRC LLC ("Plaintiff") against Defendant Intel Corporation ("Defendant") in the United States District Court for the Western District of Texas, Waco Division on April 24, 2020.

WHEREAS, in the above-captioned action, Plaintiff alleges that certain of Defendant's products (the "Accused Products") infringe U.S. Patent No. 7,149,867 ("the '867 Patent"); Defendant denies those allegations.

WHEREAS, pursuant to 28 U.S.C. § 1404(b), Defendant alleges that transferring the above-captioned action to the United States District Court for the Western District of Texas, Austin Division, would serve the convenience of the parties and witnesses and the interest of justice; and Plaintiff consents to the filing of this joint stipulation so long as the transferred case remains on the docket of United States District Judge Alan D Albright.

NOW, THEREFORE, Plaintiff and Defendant, through their respective counsel, hereby jointly stipulate to the entry of an Order transferring the above-captioned action to the United States District Court for the Western District of Texas, Austin Division and that the transferred

1

case will remain on the docket of United States District Judge Alan D Albright. Plaintiff and Defendant request that an Order be entered directing the Clerk of Court to transfer the above captioned case to the Austin Division but to remain on the docket of this Court.[1]

---

[1] Intel asserts that whether venue in either division (Waco or Austin) is appropriate depends on the facts of the case. Here, Intel is not seeking to transfer out of the District because facts, balance of convenience, and public and private factors in this particular case do not warrant transfer out of the District. However, given the extent of Intel's operations in other states, transfer out of this District may be appropriate in other cases involving different circumstances.

| | |
|---|---|
| Dated:  August 6, 2020 | Respectfully submitted, |
| By: */s/ Ari Rafilson* <br> Price Ainsworth (TX Bar No. 00950300) <br> price@ainsworth-law.com <br> Law Offices of Price Ainsworth, P.C. <br> 48 East Avenue <br> Austin, Texas 78701 <br> Tel: (512) 233-1111 <br> Fax: (512) 472-9157 <br><br> Michael W. Shore (Texas 18294915) <br> Alfonso G. Chan (Texas 24012408) <br> Ari B. Rafilson (Texas 24060456) <br> William D. Ellerman (Texas 24007151) <br> SHORE CHAN DEPUMPO LLP <br> 901 Main Street, Suite 3300 <br> Dallas, Texas 75202 <br> Telephone: (214) 593-9110 <br> Facsimile: (214) 593-9111 <br><br> ***Counsel for Plaintiff FG SRC LLC*** | By: */s/ Brian C. Nash* <br> Brian C. Nash <br> TX Bar No. 24051103 <br> brian.nash@pillsburylaw.com <br> PILLSBURY WINTHROP SHAW PITTMAN LLP <br> 401 Congress Avenue, Suite 1700 <br> Austin, TX  78701 <br> Tel: 512-580-9629 <br> Facsimile: 512-580-9601 <br><br> Callie A. Bjurstrom (*pro hac vice*) <br> CA Bar No. 137816 <br> callie.bjurstrom@pillsburylaw.com <br> PILLSBURY WINTHROP SHAW PITTMAN LLP <br> 501 West Broadway, Suite 1100 <br> San Diego, CA 92101-3575 <br> Telephone: 619-234-5000 <br> Facsimile:619-236-1995 <br><br> Ranjini Acharya (*pro hac vice*) <br> CA Bar No. 290877 <br> ranjini.acharya@pillsburylaw.com <br> Matthew W. Hindman (*pro hac vice* to be filed) <br> CA Bar No. 247707 <br> matthew.hindman@pillsburylaw.com <br> PILLSBURY WINTHROP SHAW PITTMAN LLP <br> 2550 Hanover Street <br> Palo Alto, CA 94304 <br> Telephone (650) 233-4500 <br> Facsimile: (650) 233-4545 <br><br> ***Counsel for Defendant Intel Corporation*** |

## **CERTIFICATE OF CONFERENCE**

I hereby certify that the parties met and conferred on August 6, 2020, and that Plaintiff and Defendant agreed to request the relief sought herein.

*/s/ Brian C. Nash*
Brian C. Nash

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 6, 2020.

*/s/ Brian C. Nash*
Brian C. Nash