IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FG SRC, LLC,** *Plaintiff* | § § § § | |
| -v- | § § § | A-20-CV-00834-ADA |
| **INTEL CORPORATION,** *Defendant* | § § § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through March 11, 2021 and finds the requested amount ($17,775.00) to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiff:        $8,887.50
    Defendant:    $8,887.50

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 11th day of March, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE